JAP:AES

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

    - against -

ELY RICHARD BELL,

           Defendant.

------------------------------X

**13 M 1013**

COMPLAINT AND AFFIDAVIT IN
SUPPORT OF AN APPLICATION
FOR ARREST WARRANT

(18 U.S.C § 751(a))

EASTERN DISTRICT OF NEW YORK, SS:

    RYAN WESTFIELD, being duly sworn, deposes and states that he is a Deputy United States Marshal, duly appointed according to law and acting as such.

    Upon information and belief, on or about November 12, 2013, within the Eastern District of New York and elsewhere, the defendant ELY RICHARD BELL, having been convicted of an offense, did knowingly and intentionally escape from the custody of the Attorney General and his authorized representative.

    (Title 18, United States Code, Section 751(a))

    The source of your deponent's information and the grounds for his belief are as follows:[1]

    1. On or about February 9, 2009, the Honorable Edwin Kosik, United States District Court Judge for the Middle District of Pennsylvania, sentenced the defendant ELY RICHARD BELL to 100 months' imprisonment in the custody of the United States Attorney

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all of the relevant facts of which I am aware.

General, following his plea of guilty to conspiracy to distribute and possession with intent to distribute cocaine base.

2. On or about August 28, 2013, the defendant ELY RICHARD BELL was transferred from FCI Beckley, in West Virginia, to the Brooklyn House Residential Reentry Center ("RRC"), in Brooklyn, New York. At the RRC, the defendant remained within the custody of the Attorney General.

3. Following his transfer to the RRC, the defendant ELY RICHARD BELL had a series of adjustment issues. The defendant has been diagnosed with schizophrenia, but refused to take his psychotropic medications. The defendant misled staff members at the RRC about the status of his job, and also attempted to solicit funds from other inmates despite knowing that it a violation of his conditions to do so. Due to his failure to cooperate or participate in programs, the defendant ELY RICHARD BELL was deemed a program failure.

4. On or about November 8, 2013, a request to remand the defendant ELY RICHARD BELL was provided to the United States Marshals Service ("USMS"). On or about November 12, 2013, the USMS arrived at the RRC to remand the defendant. When staff from the RRC reported to the defendant's room, the defendant advised them that he needed to get dressed, even though he was already dressed. As staff members entered the defendant's room, they observed the defendant jumping out the window and fleeing. The defendant did not have authorization to leave the RRC.

5. As of the date of this Complaint, the defendant ELY RICHARD BELL has failed to return to the RRC. His whereabouts are unknown.

WHEREFORE, your deponent respectfully requests that the defendant ELY RICHARD BELL be dealt with according to law.

*Ryan Westfield*
RYAN WESTFIELD
Deputy United States Marshal
United States Marshals Service

Sworn to before me this
20th day of November, 2013

VY
JDGE
K